## <u>AFFIDAVIT OF VINCENT L. DEMASI</u>

STATE OF MICHIGAN   )
                    ) ss
COUNTY OF CLARE     )

NOW COMES Vincent L. Demasi, first duly sworn, and deposes and says:

1. I make this affidavit on personal knowledge, and if sworn as a witness I can testify competently to the facts stated herein.

2. I am the father of Anthony A. Demasi, the defendant in the *United Staters v. Anthony Demasi*, No. 1:22-20670-TLL (E.D. Mich).

3. My wife, Elaine H. Demasi, and I have retained the services of the law firm of Willey & Chamberlain LLP to represent our son with our own funds.

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: April 26, 2023

Vincent L. Demasi

Subscribed and sworn to before me

this 26th day of April 2023.

Kendal Brown
Notary Public, Oakland County, Michigan acting in Isabella County
My commission expires: 07/02/2028

Kendal Brown
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires 02-Jul-202..
Acting in the County of Isabella

