UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,    CRIMINAL NO. 22-20670

Plaintiff,    HON. THOMAS L. LUDINGTON

-vs-

D-1 ANTHONY DEMASI,

Defendant.
_____/

### DEFENDANT'S ACKNOWLEDGMENT OF SUPERSEDING INDICTMENT

I, ANTHONY DEMASI, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Superseding Indictment filed in the above-entitled cause prior to pleading thereto, and I have read the same and understand the contents thereof.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**COUNTS I, III, and V:** (BANK FRAUD, 18 U.S.C. § 1344): A maximum of 30 years in prison and or a fine of up to $1,000,000.00)

**COUNTS II, IV, and VI:** (AGGRAVATED IDENTITY THEFT, 18 U.S.C. § 1028A): A mandatory consecutive two years in prison and or a fine of $250,000.00)

_____    DATED: MAY 9, 2023
**ANTHONY DEMASI**

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order For Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____    Dated: May 9, 2023
**CHARLES E. CHAMBERLAIN, JR.**
**ATTORNEY FOR ANTHONY DEMASI**